UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

RACHEL PRUE,

                    Plaintiffs,

    -against-

UNITED STATES OF AMERICA.

                    Defendant.

------------------------------------------------------------------X

23cv1224 (VR)

**ORDER**

**VICTORIA REZNIK, United States Magistrate Judge:**

    The parties are directed to file a joint letter by no later than February 1, 2024, providing the Court with an update on the status of the case. The letter should detail the progress of discovery in the prior month and the anticipated next steps in the upcoming month.

    **SO ORDERED.**

DATED:    White Plains, New York
              January 4, 2024

_____
VICTORIA REZNIK
United States Magistrate Judge